# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:18-cr-745 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| RICCARDO D. HARRIS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 25, 2023[1]. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on September 18, 2023. The defendant admitted to the following violation:

1. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on September 18, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation number 1.

A final supervised release violation hearing was conducted on October 16, 2023. Present were the following: Assistant United States Attorney Peter Daly, representing the

---

[1] Supplemental Violation Reports containing updated information were filed on September 15, 2023, and October 13, 2023.

United States; Attorney Carolyn Kucharski, representing the defendant; the defendant Riccardo D. Harris and United States Probation Officer Alexander Lucas.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 1.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is remanded and sentenced to the custody of the Bureau of Prisons for a period of 4 months.

Following release from BOP custody, the defendant shall be placed on supervised release for a period of 6 months under the same terms and conditions originally imposed. The period of supervised release may be terminated upon the request of the U.S. Probation Office after 3 months, provided that defendant has successfully completed a residential substance abuse treatment program, has stable housing, and has obtained employment.

**IT IS SO ORDERED**.

Dated: October 16, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**